UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Khayal Zadram          **Plaintiff(s)**          )
                                                 )
            **vs.**                              )
US Immigration and Citizenship                   )
                       **Defendant(s)**          )

Civil Case No.: 1:22-CV-26
(ⓧGLS/DJS)

**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

Plaintiff(s) demand(s) a trial by: ☐ JURY    ☑ COURT    (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

### JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

### PARTIES

2. Plaintiff: _Khayal Zadran_

   Address: _129 quail street #2_
   _Albany New york 12206_

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _U.S immigration and citizenship_

   Official Position: _National Benefits center_

   Address: _U.S Citizenship & immigration_
   _P.O. Box 25920_
   _overland park KS 66225_



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 13 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Albany

b.   Defendant:                _____

Official Position:        _____

Address:                    _____

_____

_____

c.   Defendant:                _____

Official Position:        _____

Address:                    _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                          **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.**  (You may use additional sheets as necessary).

I appleid in ~~20~~ january 21, 2021 to become a u.s citizen, My case with Them is still pending, I called Them 9 times to see If They take any action but still nothing hear from Them

## CAUSES OF ACTION

Note: You must clearly state each cause of action you assert in this lawsuit.

### FIRST CAUSE OF ACTION

I applied on junary 21, 2021 I haven't heard back anything from Them. I called Them 9 times and ask Them What is my case sbuts, They did not take any action, I went to closest office of The immigration They Said you have to writ I paid $725 for citizen aplication I have only recived The money recipt

### SECOND CAUSE OF ACTION

I did filed The aplication for second time on 11/16/2021 this Es my second aplication I will have attached my both applicaton recipt to The court

### THIRD CAUSE OF ACTION

the only mistake I have made on The first aplication Which I did not Know one of my professor helped to a write letter Then I called Them The costumer service people give me The address He said you can send it to This address. even They did not respond back for anything

I graduated from Hudson valley community college I have earned my two years degree, I wanted to become a state trooper I am Kind having trouble with U.S citizen I do not even have anything in my record too.

Now I am a full time student at Suny Delhi, My major is Criminal justice

My first application numbers is # IOE 9276882579
second application # IOE 9743976794

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 0/12/2022

_Khayal Zadran_

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010