**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**KHAYAL ZADRAN,**

      **Plaintiff,**      1:22-cv-26
                   (GLS/DJS)
    **v.**

**U.S. IMMIGRATION AND**
**CITIZENSHIP,**

      **Defendant.**

**APPEARANCES:**      **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Khayal Zadran
Pro Se
129 Quail Street, #2
Albany, NY 12206

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

   The above-captioned matter comes to this court following a Report-Recommendation and Order (R&R) by Magistrate Judge Daniel J. Stewart, duly filed February 28, 2022.  (Dkt. No. 5.)  Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

   No objections having been filed, and the court having reviewed the R&R for clear error, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 5) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED without prejudice**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 21, 2022
Albany, New York

Gary L. Sharpe
Gary L. Sharpe
U.S. District Judge